IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA R. BUSH,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 05-00535-WS-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of Social Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 30, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 17th day of November, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE