IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA R. BUSH,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   **Civil Action No. 05-00535-WS-B** |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of Social Security,** | * |
| | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental security income, be **AFFIRMED.**

**DONE** and **ORDERED** this the 17th day of November, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE